In the Matter of WILLIAM A. SCHACHT, an Attorney.— Reference ordered to Louis S. Levy, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ABRAHAM SCHLACHT, an Attorney.— Reference ordered to Lewis L. Delafield, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOSEPH ARTHUR SEIDMAN, an Attorney.— Reference ordered to Louis S. Levy, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MAX STEUER, an Attorney.— Reference ordered to Seymour K. Fuller, referee. Present — Dowling, P. J, Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of LOUIS TINKLER, an Attorney.— Reference ordered to William W. Pellet, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILLIE ANDERSON, Respondent, v. BERTRAM L. FLETCHER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GASTON & COMPANY, INC., Appellant, v. ALFRED STORCH, Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN BLOCK and Others, Respondents, v. THE PENNSYLVANIA EXCHANGE BANK, Appellant.*— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Dyer* v. *Broadway Central Bank* (225 App. Div. 366), with leave to plaintiff to serve an amended complaint within twenty days from service of the order herein with notice of entry thereof upon payment of said costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BESSY McLERAN, Appellant, v. GRANVILLE FORTESCUE, Respondent.— Judgment affirmed, with costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and O'Malley, JJ., dissent. No opinion.

ANGELINA DAY, Respondent, v. MEIBRO REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNARD WALLACH, Appellant, v. LEO LOEB, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR LEONARD HORNER, Respondent, v. BETTY BLYTHE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of IDA ROSOFF and Another, Appellants, against WILLIAM WALSH and Others, Constituting the BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES McKENNA, Respondent, v. ABRAHAM RIEGER and Another, Appellants.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

* Revg. 134 Misc. 153.